UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN WESLEY HOLLINGTON ) | CASE NO. 24-03270-DSC13 |
| ) | |
| ) | CHAPTER 13 |
| ) | |
| ) | ADVERSARY PROCEEDING NO. |
| ) | |
| STEVEN G. HANEY, ) | AP-25-0006-DSC |
| ) | |
| Plaintiff/Creditor, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN WESLEY HOLLINGTON; ) | |
| DISTINCTIVE POOLS AND SPAS, ) | |
| LLC DBA HOLLINGTON POOLS, ) | |
| LLC; AND HOLLINGTON POOLS ) | |
| | |
| Defendant/Debtor. | |

### REQUEST/AFFIDAVIT FOR CLERK'S ENTRY OF DEFAULT

COMES NOW Plaintiff/Creditor, Steven G. Haney, by and through his attorneys of record, and hereby requests the Clerk to enter a default against the Defendant/Debtor, John Wesley Hollington, in the above-styled adversary proceeding for failure to plead, answer or otherwise defend as provided by Rule 7055(a) of the Bankruptcy Rules of Civil Procedure. The Affidavit in support of the Request is attached hereto.

Respectfully submitted,

*/s/ Frank H. Tomlinson*
Frank H. Tomlinson
Tomlinson Law, LLC
2100 1st Ave North, Suite 500

Birmingham, Alabama 35203
Telephone: (205) 326-6626
Facsimile: (800) 856-9028
Email: hilton@tomlawllc.com

Sylvion S. Moss
LAW WORKS, LLC
2100 First Avenue North, Suite 500
Birmingham, AL 35203
Telephone: (205) 421-9077
Facsimile: (800) 856-9028
Email: sylvion@lawworksllc.com

ATTORNEYS FOR STEVEN G. HANEY

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, I electronically filed the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties entitled to service, and/or by placing the same in the U.S. Mail, first class postage property paid and affixed and addressed to:

John Wesley Hollington
460 Hillandell Drive
Birmingham, Alabama 35244

Hollington Pools, LLC
c/o John Wesley Hollington
460 Hillandell Drive
Birmingham, Alabama 35244

/s/ *Frank H. Tomlinson*
Frank H. Tomlinson

2

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN WESLEY HOLLINGTON | ) | CASE NO. 24-03270-DSC13 |
| | ) | |
| | ) | CHAPTER 13 |
| _____ | ) | |
| | ) | ADVERSARY PROCEEDING NO. |
| | ) | |
| STEVEN G. HANEY, | ) | AP-25-0006-DSC |
| | ) | |
| Plaintiff/Creditor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WESLEY HOLLINGTON; | ) | |
| DISTINCTIVE POOLS AND SPAS, | ) | |
| LLC DBA HOLLINGTON POOLS, | ) | |
| LLC; AND HOLLINGTON POOLS | ) | |
| | | |
| Defendant/Debtor. | | |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Frank H. Tomlinson, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief.

1. I am one of the attorneys of record for the Plaintiff/Creditor and have personal knowledge of the facts set forth in this affidavit.

2. That the Complaint was filed on February 3, 2025, by Plaintiff/Creditor against John Wesley Hollington and Hollington Pools, LLC ("Defendant/Debtor") objecting to the discharge of a certain debt owed to Plaintiff/Creditor.

3. That the Defendant, John Wesley Hollington, was duly served with a copy of the summons, together with a copy of the Complaint, on February 22, 2025. See Doc. 5.

4. That more than 30 days have elapsed since the date on which the said Defendant was served with the summons and a copy of the Complaint.

5. That the Defendant has failed to answer or otherwise defend as to Plaintiff/Creditor's Complaint or to serve a copy of any answer or other defense which he might have upon the attorneys of record for the Plaintiff or file the same with this Court.

6. That this affidavit is executed by affiant in accordance with Rule 7055(a), for the purpose of enabling the Plaintiff/Creditor to obtain an entry of default against the Defendant/Debtor, for the defendant's failing to answer or otherwise defend against the Plaintiff's Complaint.

7. That the Defendant/Debtor is not an infant or an incompetent person.

8. That the Defendant/Debtor is not in military service in accordance with 50 U.S.C. App § 521.

9. The affiant requests entry of default by the Clerk and Entry of Judgment by the Court.

*Frank H. Tomlinson*
Attorney for Plaintiff/Creditor

Sworn to and subscribed before me this 2nd day of April, 2025.

_____
NOTARY PUBLIC

My Commission expires: 11/17/2025

*[Notary Seal: Jennifer B. Day, Notary Public, Alabama State at Large, Commission Expires 11/17/2025]*

2