IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Case No. 24-03270-DSC |
| John Wesley Hollington, | ) | |
|     Debtor(s). | ) | Chapter 13 |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| Steven G. Haney, | ) | |
|     Plaintiff(s). | ) | A.P. No. 25-00006-DSC |
| v. | ) | |
| | ) | |
| John Wesley Hollington | ) | |
| Distinctive Pools and Spas, LLC | ) | |
| dba Hollington Pools, LLC | | |
| Hollington Pools | | |
|     Defendant(s). | | |

## ENTRY OF DEFAULT

    Upon verified application of counsel for the plaintiff(s) and the records of this Court reflecting that more than thirty days have elapsed since defendant(s), John Wesley Hollington, Distinctive Pools and Spas, LLC dba Hollington Pools, LLC and Hollington Pools was duly served and that the defendant, John Wesley Hollington, Distinctive Pools and Spas, LLC, dba Hollington Pools, LLC and Hollington Pools , has failed to answer or otherwise plead to the complaint;

    A default against the defendant, John Wesley Hollington, Distinctive Pools and Spas, LLC, dba Hollington Pools, LLC and Hollington Pools  is hereby entered.

    Dated: April 3, 2025


                                                         William M Halcomb, Clerk
                                                         United States Bankruptcy Court

                                                          By:  /s/ Jennifer Pannell
                                                                     Deputy Clerk