# Notice Recipients

District/Off: 1126−2 | User: admin | Date Created: 4/3/2025
Case: 25−00006−DSC | Form ID: pdfntc | Total: 7

**Recipients of Notice of Electronic Filing:**
tr    Bradford W. Caraway    ctmail@ch13bham.com
ba    J. Thomas Corbett    jtom_corbett@alnba.uscourts.gov
aty    Frank Hilton−Green Tomlinson    hilton@tomlawllc.com
aty    Sylvion Moss    sylvion@lawworksllc.com

                                             TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla    Steven Haney    Sylvion Moss, Esq.    Law Works, LLC    2100 First Ave N. S. 500    Birmingham, AL 35203 UNITED STATES
dft    John Wesley Hollington    460 Hillandell Drive    Birmingham, AL 35244
dft    Hollington Pools, LLC    460 Hillandell Drive    Birmingham, AL 35244

                                             TOTAL: 3