# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN WESLEY HOLLINGTON ) | CASE NO. 24-03270-DSC13 |
| ) | |
| ) | CHAPTER 13 |
| ) | |
| _____ ) | |
| ) | |
| ) | ADVERSARY PROCEEDING NO. |
| ) | |
| STEVEN G. HANEY, ) | AP-25-0006-DSC |
| ) | |
| Plaintiff/Creditor, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN WESLEY HOLLINGTON; ) | |
| DISTINCTIVE POOLS AND SPAS, ) | |
| LLC DBA HOLLINGTON POOLS, ) | |
| LLC; AND HOLLINGTON POOLS ) | |
| ) | |
| Defendant/Debtor. ) | |

## MOTION FOR DEFAULT JUDGMENT

COME NOW Plaintiff Steven G. Haney in the above-styled cause and moves the Court for a Default Judgment under Rule 7055(b)(2) of the Bankruptcy Rules of Civil Procedure against Defendant John Wesley Hollington for his failure to plead, answer, or otherwise defend this action.

After having made an Application for the Entry of Default against the Defendant, the Clerk of the Court made an Entry of Default on April 3, 2025. A Default Judgment is now due to be granted to Plaintiff and against the Defendant, with leave to prove damages in Open Court on April 30, 2025, when this matter is set for hearing.

WHEREFORE, Plaintiff respectfully request this Court to enter a Default Judgment against the Defendant, John Wesley Hollington, with leave to prove damages on April 30, 2025 or such time as scheduled by this Court, and grant such other and further relief as is just.

    Respectfully submitted,

    */s/ Frank H. Tomlinson*
    Frank H. Tomlinson
    Tomlinson Law, LLC
    2100 1st Ave North, Suite 500
    Birmingham, Alabama 35203
    Telephone: (205) 326-6626
    Facsimile: (800) 856-9028
    Email: hilton@tomlawllc.com

    Sylvion S. Moss
    LAW WORKS, LLC
    2100 First Avenue North, Suite 500
    Birmingham, AL 35203
    Telephone: (205) 421-9077
    Facsimile: (800) 856-9028
    Email: sylvion@lawworksllc.com

    ATTORNEYS FOR STEVEN G. HANEY

## CERTIFICATE OF SERVICE

       I hereby certify that on April 15, 2025, I electronically filed the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties entitled to service, and/or by placing the same in the U.S. Mail, first class postage property paid and affixed and addressed to:

John Wesley Hollington
460 Hillandell Drive
Birmingham, Alabama 35244

Hollington Pools, LLC
c/o John Wesley Hollington
460 Hillandell Drive
Birmingham, Alabama 35244

                                                  */s/ Frank H. Tomlinson*
                                                  Frank H. Tomlinson

Case 25-00006-DSC    Doc 13    Filed 04/15/25    Entered 04/15/25 16:48:48    Desc Main
Document    Page 3 of 3