# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

In the Matter of: )
) Case No. 24-03270-DSC
John Wesley Hollington, )
    Debtor(s). ) Chapter 13
)
)

---

Steven G. Haney, )
    Plaintiff(s). ) A.P. No. 25-00006-DSC
v. )
)
John Wesley Hollington )
Distinctive Pools and Spas, LLC )
dba Hollington Pools, LLC
Hollington Pools
    Defendant(s).

## AMENDED
## ENTRY OF DEFAULT

Upon verified application of counsel for the plaintiff(s) and the records of this Court reflecting that more than thirty days have elapsed since defendant(s), John Wesley Hollington was duly served and that the defendant, John Wesley Hollington has failed to answer or otherwise plead to the complaint;

A default against the defendant, John Wesley Hollington is hereby entered.

Dated: April 17, 2025

                                   William M Halcomb, Clerk
                                   United States Bankruptcy Court

                                   By:  /s/ Jennifer Pannell
                                        Deputy Clerk