# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1126–2 | User: admin | | Date Created: 4/17/2025 |
| Case: 25–00006–DSC | Form ID: pdfntc | | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| ba | J. Thomas Corbett | jtom_corbett@alnba.uscourts.gov |
| aty | Frank Hilton–Green Tomlinson | hilton@tomlawllc.com |
| aty | Sylvion Moss | sylvion@lawworksllc.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| pla | Steven G. Haney | 270 Shades Crest Road | Birmingham, AL 35244 |
| dft | John Wesley Hollington | 460 Hillandell Drive | Birmingham, AL 35244 |
| dft | Hollington Pools, LLC | 460 Hillandell Drive | Birmingham, AL 35244 |
| dft | Distinctive Pools and Spas, LLC DBA Hollington Pools, LLC. | 460 Hillandell Drive | Birmingham, AL 35244 |

TOTAL: 4