IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | Case No. 24-03270-DSC |
| John Wesley Hollington, | ) | |
|     Debtor(s). | ) | Chapter 13 |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| Steven G. Haney, | ) | |
|     Plaintiff(s). | ) | A.P. No. 25-00006-DSC |
| v. | ) | |
| | ) | |
| John Wesley Hollington | ) | |
| Distinctive Pools and Spas, LLC | ) | |
| dba Hollington Pools, LLC | | |
| Hollington Pools | | |
|     Defendant(s). | | |

## ENTRY OF DEFAULT

Upon verified application of counsel for the plaintiff(s) and the records of this Court reflecting that more than thirty days have elapsed since defendant(s), Hollington Pools, LLC was duly served and that the defendant, Hollington Pools, LLC, has failed to answer or otherwise plead to the complaint;

A default against the defendant, Hollington Pools, LLC is hereby entered.

Dated: April 17, 2025

                                            William M Halcomb, Clerk
                                            United States Bankruptcy Court

                                            By: /s/ Jennifer Pannell
                                                    Deputy Clerk