UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOHN WESLEY HOLLINGTON | ) CASE NO. 24-03270-DSC13 |
| | ) |
| | ) CHAPTER 13 |
| | ) |
| _____ | ) |
| | ) |
| | ) ADVERSARY PROCEEDING NO. |
| | ) |
| STEVEN G. HANEY, | ) AP-25-0006-DSC |
| | ) |
| Plaintiff/Creditor, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN WESLEY HOLLINGTON; | ) |
| DISTINCTIVE POOLS AND SPAS, | ) |
| LLC DBA HOLLINGTON POOLS, | ) |
| LLC; AND HOLLINGTON POOLS | ) |
| | ) |
| Defendant/Debtor. | ) |

## MOTION FOR DEFAULT JUDGMENT

COME NOW Plaintiff Steven G. Haney in the above-styled cause and moves the Court for a Default Judgment under Rule 7055(b)(2) of the Bankruptcy Rules of Civil Procedure against Defendant Hollington Pools, LLC for its failure to plead, answer, or otherwise defend this action.

After having made an Application for the Entry of Default against the Defendant, the Clerk of the Court made an Amended Entry of Default on April 17, 2025. A Default Judgment is now due to be granted to Plaintiff and against the Defendant, with leave to prove damages in Open Court when this matter is set for hearing.

WHEREFORE, Plaintiff respectfully request this Court to enter a Default Judgment against the Defendant, Hollington Pools, LLC, with leave to prove damages in Open Court as such time as scheduled by this Court, and grant such other and further relief as is just.

    Respectfully submitted,

*/s/ Frank H. Tomlinson*
Frank H. Tomlinson
Tomlinson Law, LLC
2100 1st Ave North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 326-6626
Facsimile: (800) 856-9028
Email: hilton@tomlawllc.com

Sylvion S. Moss
LAW WORKS, LLC
2100 First Avenue North, Suite 500
Birmingham, AL 35203
Telephone: (205) 421-9077
Facsimile: (800) 856-9028
Email: sylvion@lawworksllc.com

ATTORNEYS FOR STEVEN G. HANEY

## CERTIFICATE OF SERVICE

       I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties entitled to service, and/or by placing the same in the U.S. Mail, first class postage property paid and affixed and addressed to:

John Wesley Hollington
460 Hillandell Drive
Birmingham, Alabama 35244

Hollington Pools, LLC
c/o John Wesley Hollington
460 Hillandell Drive
Birmingham, Alabama 35244

                                                */s/ Frank H. Tomlinson*
                                                Frank H. Tomlinson

3

Case 25-00006-DSC   Doc 21   Filed 04/21/25   Entered 04/21/25 11:59:05   Desc Main
Document    Page 3 of 3