# CERTIFICATE OF SERVICE

I, Sylvion S. Moss (name), certify that service of this summons and a copy of the complaint was made April 24, 2025 (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
Distinctive Pools & Spas, LLC
c/o USCA, Inc., Registered Agent
600 Boulevard South SW Ste 104J
Huntsville, AL 35802

☐ Personal Servic          ing the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☑ State Law: The defendant was served pursuant to the laws of the State of Alabama, as follows: [Describe briefly]

Certified mail delivered to the registered agent, as follows:
Distinctive Pools & Spas, LLC
c/o USCA, Inc., Registered Agent
600 Boulevard South SW
Suite 104J
Huntsville, AL 35802

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    April 29, 2025                 Signature _____

Print Name:   Sylvion Moss            2100 1st Avenue N., Ste. 500
                                      Birmingham, AL 35203

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Distinctive Pools and Spas, LLC
DBA Hollington Pools, LLC
c/o USCA, Inc., Reg. Agent
600 Boulevard South SW
Suite 104J
Huntsville, AL 35802

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9415 5002 9516 25

2. Article Number (Transfer from service label)

9589 0710 5270 1883 5615 24

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Collin Wheeless_   ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Collin Wheeess    4-24-25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt