# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Steven G. Haney } | **Case No: 24-03270-DSC13** |
|    PLAINTIFF, } | **AP No: 25-00006-DSC** |
| VS. } | |
| John Wesley Hollington } | |
| Hollington Pools, LLC } | |
| Distinctive Pools and Spas, LLC DBA | |
| Hollington Pools, LLC. | |
|    DEFENDANTS, | |

## ORDER RESCHEDULING HEARING

This matter was scheduled for a hearing on Wednesday, April 30, 2025 09:30 AM on the following:

   RE: Doc #1; Status Conference on Complaint Objecting to Discharge and/or Dischargeability of Debt

**It is hereby ORDERED, ADJUDGED and DECREED that:**

By agreement of the parties, the matter is continued to May 21, 2025 at 9:30 a.m. in Courtroom number 1 of the Robert S. Vance Federal Building, 1800 Fifth Avenue North, Birmingham, Alabama.

Dated: 04/30/2025

                                                   /s/ D. SIMS CRAWFORD
                                                   D. SIMS CRAWFORD
                                                   United States Bankruptcy Judge